# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEITH ANDRE TATE

NO. 2019 KW 1301

NOV 1 2 2019

---

In Re: Keith Andre Tate, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-17-0602.

---

BEFORE: WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include documents that would assist with addressing his complaints including the indictment, the criminal court minutes, and copies of his pro se motions and the court's rulings on the motions. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date, and the application shall be filed on or before December 19, 2019, and should include the missing items noted above.

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT